**FILED IN CHAMBERS**
U.S.D.C. - Atlanta

JAN 24 2017

James N. Hatten, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARMANDO BARAGAN RAMIREZ, | |
| Movant | |
| v. | CRIMINAL ACTION NO. 1:03-CR-493-12-ODE-AJB |
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. 1:16-4290-ODE-AJB |
| Respondent | |

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed December 5, 2016 [Doc. 2600] ("R&R"). No objections have been filed.

In the R&R, Judge Baverman recommends that this action be dismissed for lack of jurisdiction. Specifically, Judge Baverman found that Movant's petition is a successive § 2255 motion which this Court cannot consider because Movant failed to obtain authorization from the United States Court of Appeals for the Eleventh Circuit for consideration of a second or successive § 2255 petition.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's petition is DISMISSED and Civil Action Number 1:16-CV-4290-ODE-AJB is DISMISSED.

SO ORDERED, this __23__ day of January, 2017.

/s/ Orinda D. Evans
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE